# United States District Court

**WESTERN** DISTRICT OF **WISCONSIN**

**Profile Products LLC**

v.

**Encap, LLC**

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: **Encap, LLC**
3921 Algoma Road
Green Bay, Wisconsin 54311-9707

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you wit this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served:_____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

☐   Returned unexecuted:_____
_____
_____

☐   Other (specify):_____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          *Date*                              *Signature of Server*

                                                              _____
                                                              *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.